UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| PATRICK MBABA,<br><br>        Plaintiff,<br><br>    vs.<br><br>INDYMAC FEDERAL BANK F.S.B.;<br>MTC FINANCIAL INC. dba TRUSTEE CORPS,<br><br>        Defendants. | CASE NO. 1:09-CV-01452-OWW-GSA<br><br>**ORDER RE MOTION TO DISMISS COMPLAINT AGAINST TRUSTEE CORPS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AND MOTION TO STRIKE**<br>**[Fed.R.Civ.P. Rule 12(b)(6) and 12(f)]**<br><br>DATE:    November 23, 2009<br>TIME:    10:00 a.m.<br>CTRM:   3 |

Defendant MTC FINANCIAL, INC. dba TRUSTEE CORPS ("TRUSTEE CORPS") came on for hearing on October 26, 2009, in Courtroom 3 of the above-entitled Court before the Honorable Judge Oliver W. Wanger; Keith Van Dyke of Turner, Reynolds, Greco & O'Hara appearing on behalf of TRUSTEE CORPS and Plaintiff PATRICK MBABA ("Plaintiff") appearing in pro per.

After hearing oral argument, the Court orders as follows:

///

///

1. To allow Plaintiff additional time to retain counsel, the hearing on TRUSTEE CORPS'

1  Motion to Dismiss is continued to January 25, 2010, at 10:00 a.m.;

3       2. No further continuances will be allowed;

5       3. Plaintiff shall file and serve any written opposition to TRUSTEE CORPS' Motion on
6  or before December 22, 2009.  If Plaintiff fails to retain legal counsel, Plaintiff shall file any
7  written response himself, in pro per; and

9       4. TRUSTEE CORPS shall file and serve any reply to the opposition on or before January
10  4, 2010.

12       IT IS SO ORDERED.

14  Dated: December 11, 2009                    /s/ OLIVER W. WANGER
                                                OLIVER W. WANGER
15                                              JUDGE OF THE UNITED STATES
                                                DISTRICT COURT

853516.307
00248191.WPD; 1                                 2
                                              **ORDER**