UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| PATRICK MBABA,<br><br>Plaintiff,<br><br>vs.<br><br>INDYMAC FEDERAL BANK F.S.B.;<br>MTC FINANCIAL INC. dba TRUSTEE CORPS,<br><br>Defendants. | CASE NO. 1:09-CV-01452-OWW-GSA<br><br>**ORDER GRANTING DEFENDANT MTC FINANCIAL, INC. DBA TRUSTEE CORPS' MOTION TO DISMISS COMPLAINT AND MOTION TO STRIKE PUNITIVE DAMAGES [DOC 7]** |

Defendant MTC FINANCIAL, INC. dba TRUSTEE CORPS' ("TRUSTEE CORPS") Motion to Dismiss Complaint for Failure to State a Claim Upon Which Relief can be Granted and to Strike Punitive Damages (Doc 7) having been heard by the Court on January 25, 2010, with Keith Van Dyke of Turner, Reynolds, Greco & O'Hara appearing for Defendant MTC FINANCIAL INC. dba TRUSTEE CORPS and no appearance having been made by Plaintiff PATRICK MBABA, pro se, and the Court on January 27, 2010, having issued a Memorandum of Decision (Doc 17) explaining the reasons for granting the Motion without leave to amend:

///

///

///

1  IT IS HEREBY ORDERED:

2

3  1. All claims against Defendant MTC FINANCIAL INC. dba TRUSTEE CORPS
4  are dismissed with prejudice; and

5

6  2. The following portions of the Complaint are stricken: Page 5, lines 17-13, and
7  page 6, line 4.

8

9

10  Dated: February 9, 2010                    /s/ OLIVER W. WANGER
                                               OLIVER W. WANGER
11                                             JUDGE OF THE UNITED STATES
                                               DISTRICT COURT
12