UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK MBABA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INDYMAC FEDERAL BANK F.S.B.; MTC FINANCIAL INC. dba TRUSTEE CORPS,<br><br>　　　　　Defendants. | 1:09-cv-01452 OWW JLT<br><br>ORDER DISMISSING CASE FOR LACK OF PROSECUTION |

　　This case concerns mortgages securing real property in Bakersfield, California. A February 10, 2010 order granted Defendant MTC Financial, Inc. dba Trustee Corps' motion to dismiss with prejudice. Doc. 19. On September 16, 2010, Plaintiff, who appears *pro se*, was directed to show cause by affidavit or certificate why the remaining claims against Indymac Federal Bank, F.S.B. ("Indymac"), which had yet to be served, should not be dismissed for lack of prosecution. Doc. 23. A hearing was set for November 8, 2010. *Id*. Plaintiff appeared and was given 30 additional days to serve Indymac. Doc. 24. He was also warned that failure to do so would result in dismissal. *Id*.

　　As of the date of filing of this order, more than ten (10) months after Plaintiff was directed to serve Indymac, Plaintiff has not filed

1

proof of service, nor has Plaintiff otherwise demonstrated any intent to prosecute this matter further.

Accordingly, all remaining claims against Indymac are DISMISSED. The Clerk of Court is directed to close this case.

**IT IS SO ORDERED.**

**Dated: September 27, 2011**              **/s/ Oliver W. Wanger**
                                                         **UNITED STATES DISTRICT JUDGE**